```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

            CASE NO. 08-60165-CR-DIMITROULEAS/Rosenbaum
```

UNITED STATES OF AMERICA,

       Plaintiff,

v.

ANTHONY DEHANEY, et al.

       Defendants.

## AMENDED ORDER

THIS CAUSE is before the Court on the Federal Public Defender's Motion to Withdraw (DE 84) as to defendant **Anthony Dehaney**. The previous order reflected the year as 2006 instead of 2008. Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motion is GRANTED. The Federal Public Defender's Office is hereby released from any further duties in this cause. Substitute CJA counsel has been appointed by separate order.

DONE AND ORDERED at Fort Lauderdale, Florida, this 29th day of July, 2008.

                                          */s/ Lurana S. Snow*
                                        LURANA S. SNOW
                                        UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Jeffrey Kay (FTL)
Barry Butin, Esq.
AFPD Chantel Doakes (FTL)